**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000485**
**22-MAR-2022**
**07:52 AM**
**Dkt. 84 OCOR**

NO. CAAP-20-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF DM

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-J NO. 0101376)

SECOND ORDER OF CORRECTION
(By:  Ginoza, Chief Judge)

IT IS HEREBY ORDERED that the Memorandum Opinion in Case Number CAAP-20-0000485, entered on January 28, 2022, is hereby corrected as follows:

1.   At page 4, line 7, change second "Minor" to "CW" so that the line should read as follows:

tackled Minor again.  CW became aware he had been stabbed

2.   At page 4, second full paragraph, line 2, change "Beach" to "Bush" so that the line should read as follows:

testified that he is CW's friend, was at Hau Bush the night of

3.   At page 5, line 5, change "Beach" to "Bush" so that line will read as follows:

Bush with a couple of friends, including Hunter, CW, and EO on

4.   At page 5, last paragraph, line 2, change "Beach" to "Bush" so that line will read as follows:

not know Minor.  EO testified that he was at Hau Bush on the

5.   At page 6, last paragraph, line 6, change "Beach" to "Bush" so that line will read as follows:

cars at Hau Bush when they arrived, and it was pitch black

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, March 22, 2022.

/s/ Lisa M. Ginoza
Chief Judge